| | |
|---|---|
| DEFENDANT: | Ryan Medhurst |
| AGE/YOB: | **1975** |
| COMPLAINT FILED? | _____ Yes     \_\_\_X\_\_\_\_ No<br>If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? \_\_ Yes   \_\_ No<br>   If No, a new warrant is required | |
| OFFENSE(S): | **Count 8** 18 U.S.C. §1039 (Fraud in connection with obtaining confidential phone records) |
| LOCATION OF OFFENSE: | Larimer County, Colorado |
| PENALTY: | *Count 8 NMT 10 years imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment and restitution, each count.* |
| AGENT: | **Mike Thrapp**<br>Task Force Officer, FBI Safe Streets Task Force |
| AUTHORIZED BY: | Greg Holloway, AUSA<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less; \_\_\_ over five days

THE GOVERNMENT

 X  will not seek detention

\_\_ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant.

1