**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:19-cr-00140-RBJ-2

UNITED STATES OF AMERICA,

Plaintiff,

v.

RYAN MEDHURST,

Defendant.

## ENTRY OF APPEARANCE

COMES NOW Erik G. Fischer, of the law office Erik G. Fischer, P.C., hereby enters his appearance as counsel on behalf of Defendant, Ryan Medhurst.

Dated this 8th day of August, 2019

*s/ Erik G. Fischer*
Erik G. Fischer, #16856
Erik G. Fischer, P.C.
125 South Howes, Suite 900
Fort Collins, CO 80521
Telephone: (970) 482-4710
Facsimile: (970) 482-4729
Email: erik@fischerlawgroup.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO 80202

                                        *s/ John Gilles*
                                        John Gilles
                                        Erik G. Fischer, P.C.
                                        125 South Howes Street - Suite 900
                                        Fort Collins, Colorado 80521
                                        Telephone: (970) 482-4710
                                        Facsimile: (970) 482-4729
                                        Email: john@fischerlawgroup.com