AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 AUG 12 PM 3:09

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

United States of America
v.

RYAN MEDHURST,

Defendant

Case No. 1:19-cr-00140-RBJ

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) **RYAN MEDHURST**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. Section 1039 Fraud in connection with obtaining confidential phone records

Date: 08/07/2019

s/D. Kalsow, Deputy Clerk
Issuing officer's signature

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
Printed name and title

### Return

This warrant was received on (date) 0808 2019, and the person was arrested on (date) 0809 2019
at (city and state) DENVER P.D. H.Q.S.

Date: 08/12/2019

Arresting officer's signature

MICHAEL THRAPP / T.F.O.
Printed name and title