IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-00140-RBJ

UNITED STATES OF AMERICA

    Plaintiff,

v.

RYAN MEDHURST,

    Defendant.

---

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

---

Erik G. Fischer of the law firm Erik G. Fischer, P.C., hereby withdraws as attorney for Ryan Medhurst, and Brian R. Leedy of the law firm Haddon, Morgan and Foreman, P.C., is substituted therefore. Mr. Leedy assumes all further responsibilities for this case and copies of all pleadings are to be hereafter directed to Haddon, Morgan and Foreman, P.C.

WHEREFORE, undersigned counsel request that the Court permit Mr. Leedy to substitute as counsel of record, and issue an order withdrawing Erik G. Fischer as counsel of record.

Dated: October 23, 2019

Respectfully submitted,

*s/ Brian R. Leedy*
Brian R. Leedy
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:     303-832.1015
Email:   brleedy@hmflaw.com

-and-

Respectfully submitted,

s/
Erik G. Fischer
ERIK G. FISCHER, P.C.
125 South Howes Street, Suite 900
Fort Collins, CO 80521
Phone:   970-482-4710
Fax:     970-482-4729
Email:   erik@fischerlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, I electronically filed the foregoing

*Notice of Withdrawal and Substitution of Counsel*

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

U.S. Attorney's Office-Denver
1801 California Street, Suite 1600
Denver, CO 80202

*s/ Carrie Warren*

3