**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:19-cr-00140-RBJ

UNITED STATES OF AMERICA

    Plaintiff,

v.

RYAN MEDHURST,

    Defendant.

---

**ENTRY OF APPEARANCE**

---

Brian R. Leedy, of the law firm Haddon, Morgan and Foreman, P.C., hereby enters his appearance as counsel on behalf of Defendant, Ryan Medhurst.

Dated: October 28, 2019

    Respectfully submitted,

*s/ Brian R. Leedy*
Brian R. Leedy
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:     303-832.1015
Email:   brleedy@hmflaw.com

*Attorney for Defendant*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 28, I electronically filed the foregoing *Entry of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

U.S. Attorney's Office-Denver
1801 California Street, Suite 1600
Denver, CO 80202

                                          *s/ Carrie Warren*