**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00140-RBJ

UNITED STATES OF AMERICA

    Plaintiff,

v.

2.    RYAN MEDHURST,

    Defendant.

_____

**NOTICE OF CHANGE OF CONTACT INFORMATION**
_____

    Undersigned counsel hereby notifies the Court and parties that as of January 1, 2020, counsel's new contact information is as follows:

    Ridley McGreevy & Winocur P.C.
    303 16th Street, Suite 200
    Denver CO 80202
    leedy@ridleylaw.com
    Phone: 303-629-9700
    Fax: 303-629-9702

    Respectfully submitted,

    *s/ Brian R. Leedy*

    Ridley McGreevy & Winocur P.C.
    303 16th Street, Suite 200
    Denver CO 80202
    leedy@ridleylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing:

**NOTICE OF CHANGE IN CONTACT INFORMATION**

was electronically filed with the Clerk of the Court using the CM/ECF system on this 6th day of January 2020 which will send notification of such filing to the parties and counsel in the case.

*s/ Brian R. Leedy*