leedy@ridleylaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00140-RBJ
UNITED STATES OF AMERICA

       Plaintiff,

v.

2.    RYAN MEDHURST,

       Defendant.

_____

## UNOPPOSED MOTION FOR EXTENSION OF MOTIONS FILING DEADLINES
_____

Mr. Medhurst, through counsel, and unopposed by counsel for the government, respectfully requests a 10-day extension of the deadlines for filing pretrial motions and responses. As grounds he states as follows:

The current deadline for pretrial motions is January 31, 2020, and responses are due to be filed on February 14, 2020. Doc. 48. Undersigned counsel requires additional time to obtain and review collateral information relevant to Mr. Medhurst, and confer with government counsel regarding a pretrial resolution to the case in advance of filing pretrial motions. Counsel has conferred with government counsel who does not oppose this request.

Wherefore, Mr. Medhurst, unopposed by government counsel, respectfully requests a 10-day extension of the deadline for filing pretrial motions and responses.

                        Respectfully submitted,

                        *s/ Brian R. Leedy*

                        Brian R. Leedy
                        Ridley McGreevy & Winocur P.C.
                        303 16th Street, Suite 200
                        Denver, CO 80202
                        303-629-9700
                        leedy@ridleylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing:

**UNOPPOSED MOTION FOR EXTENSION OF MOTIONS FILING DEADLINES**

was electronically filed with the Clerk of the Court using the CM/ECF system on this 23rd day of January 2020 which will send notification of such filing to the parties and counsel in the case.

*s/ Brian R. Leedy*
Brian R. Leedy