**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00140-RBJ

UNITED STATES OF AMERICA

    Plaintiff,

v.

2.    RYAN MEDHURST,

    Defendant.

_____

***UNOPPOSED* SUPPLEMENT TO "SECOND *UNOPPOSED* MOTION FOR AN ENDS OF JUSTICE CONTINUANCE PURSUANT TO 18 U.S.C. § 3161" (DOC. 62)**
_____

Ryan Medhurst, through counsel, and unopposed by the government, respectfully supplements the "Second Unopposed Motion for an Ends of Justice Continuance" filed on February 5, 2020. (Doc. 62.)

In Document 62 undersigned counsel, unopposed by the government, requested the exclusion of 30 days from the speedy trial calculation and to reset the trial dates and deadlines. In that request undersigned counsel neglected to reference a previously scheduled trial that renders him unavailable from April 20, 2020, through April 29, 2020 (specifically, U.S.D.C. Dist. CO. Case No. 19-cr-00298-PAB). The request made to exclude 30 days from the speedy trial calculation resulted in a speedy trial deadline of April 25, 2020, as estimated by the parties, a date on which undersigned will be unavailable due to the prescheduled trial.

Undersigned counsel has conferred with counsel for the government, and both parties request that the Court consider the supplemental information outlined above and

exclude the additional time required from the speedy trial calculation to allow for the trial to be scheduled on or after May 11, 2020.

Wherefore, Mr. Medhurst, through counsel and unopposed by the government, respectfully requests that the Court consider the supplemental information outlined above and exclude additional time from the speedy trial calculation to allow for the trial to be scheduled on or after May 11, 2020.

Respectfully submitted,

*s/ Brian R. Leedy*

Brian R. Leedy
Ridley McGreevy & Winocur P.C.
303 16th Street, Suite 200
Denver, CO 80202
Phone:  303-629-9700
Fax:  303-629-9702
leedy@ridleylaw.com
***Attorney for Ryan Medhurst***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing:

***UNOPPOSED* SUPPLEMENT TO "SECOND *UNOPPOSED* MOTION FOR AN ENDS OF JUSTICE CONTINUANCE PURSUANT TO 18 U.S.C. § 3161" (DOC. 62)**

was electronically filed with the Clerk of the Court using the CM/ECF system on this 27th day of February 2020 which will send notification of such filing to the parties and counsel in the case.

*s/ Brian R. Leedy*
Brian R. Leedy