# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00140-RBJ

UNITED STATES OF AMERICA

    Plaintiff,

v.

2.    RYAN MEDHURST,

    Defendant.

_____

## NOTICE OF DISPOSITION
_____

Notice is hereby given that a disposition has been reached in the above-captioned case. Both parties request permission to contact chambers to schedule a change of plea hearing that accommodates the Court's calendar and those of the parties.

    Respectfully submitted,

    *s/ Brian R. Leedy*

Brian R. Leedy
Ridley McGreevy & Winocur P.C.
303 16th Street, Suite 200
Denver, CO 80202
Phone:  303-629-9700
Fax:  303-629-9702
leedy@ridleylaw.com
***Attorney for Ryan Medhurst***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing:

**NOTICE OF DISPOSITION**

was electronically filed with the Clerk of the Court using the CM/ECF system on this 14th day of April, 2020 which will send notification of such filing to the parties and counsel in the case.

*s/ Brian R. Leedy*
Brian R. Leedy