## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00140-RBJ

UNITED STATES OF AMERICA

    Plaintiff,

v.

2.    RYAN MEDHURST,

    Defendant.

_____

## UNOPPOSED MOTION FOR IMMEDIATE SENTENCING
_____

Mr. Medhurst, through counsel, and unopposed by counsel for the government, respectfully requests that the Court impose the sentence in the above-referenced matter immediately following the Change of Plea hearing. In support of this request he states as follows:

Pursuant to Rule 32(c)(1)(A)(ii) of the Federal Rules of Criminal Procedure, a Court may immediately sentence a defendant without the benefit of a presentence investigation by probation when "the court finds that the information in the record enables it to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553, and the court explains its finding on the record."

Mr. Medhurst intends to plead guilty to an information charging a violation of 18 U.S.C. 922(m)(making a false entry in, failing to make appropriate entry in, or failing to properly maintain a record required by a licensed firearms dealer), a misdemeanor.

The parties agree that Mr. Medhurst has no prior criminal history and that the advisory guideline range is 0-6 months and in Zone A of the sentencing table. The

parties have also agreed to recommend the imposition of a sentence of probation pursuant to the proposed disposition.  The parties will submit the proposed plea agreement to United States Probation for preparation of a sentencing memorandum in advance of the change of plea hearing.

Additionally, pursuant to General Order 2020 - 4 section 1(i) both parties request that the anticipated misdemeanor plea and sentencing be conducted via video teleconference.

Wherefore, Mr. Medhurst, through counsel, and unopposed by the government, respectfully requests the Court proceed to sentencing immediately following the change of plea hearing and permit the hearings to be conducted via video teleconference.

    Respectfully submitted,

    *s/ Brian R. Leedy*

Brian R. Leedy
Ridley McGreevy & Winocur P.C.
303 16th Street, Suite 200
Denver, CO 80202
Phone:  303-629-9700
Fax:  303-629-9702
leedy@ridleylaw.com
**Attorney for Ryan Medhurst**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing:

**UNOPPOSED MOTION FOR IMMEDIATE SENTENCING**

was electronically filed with the Clerk of the Court using the CM/ECF system on this 27th day of April, 2020 which will send notification of such filing to the parties and counsel in the case.

                *s/ Brian R. Leedy*
                Brian R. Leedy