To Whom It May Concern:

This letter is to document a public safety initiative being led by Ryan Medhurst. Mr. Medhurst is heading up a project to improve responses to medical emergencies that may occur in the Glover building on the Colorado State University campus. This project was started as a response to an Active Shooter presentation given by CSU Police Department in January 2020.

The parts of this project include:

1. Installation and upkeep of an AED ( Automated External Defibrillator) at the building's north entrance.

2. Procurement of a trauma bag with equipment necessary to treat most medical emergencies, including a mass causality incident.

3. Training for multiple staff members on basic first aid, including a "Stop the Bleed" class, and a CPR class.

Sincerely,

*[signature]*
SHAILA PARASHAR

**EXHIBIT A**