# LARIMER COUNTY SHERIFF'S OFFICE
## Certificate of Completion

Is Awarded To

*Ryan Medhurst*

For Successful Completion of the 2007 Citizen's Academy
September 11 through December 6, 2007

_____
Eloise Campanella, Academy Director

12/6/07
Date

_____
Sheriff Jim Alderden

12-6-07
Date

EXHIBIT B