

# National Rifle Association of America

*Certifies that*

## RYAN E. MEDHURST

*Having successfully met the requirements established by the National Rifle Association of America is hereby designated an*

### NRA CERTIFIED INSTRUCTOR

and is authorized to teach the following basic courses:

Pistol

Refer to identification card for expiration date

Edward J. Land Jr., NRA Secretary

EXHIBIT C



# THIS CERTIFICATE IS AWARDED TO

## RYAN MEDHURST

FOR SUCCESSFUL COMPLETION OF

## URBAN RIFLE TACTICS-8 HOURS

TACTICAL SKILLS INSTITUTE  
P.O. BOX 336602  
GREELEY, COLORADO  
80633-6602

DATE  MAY 13, 2006

SIGNED _James D. Torrez_

INSTRUCTOR JAMES D. TORREZ

# Certificate of Completion

Is Hereby Awarded to

## Ryan Medhurst

For Successful Completion of a Course in

## Basic Handgun Tactics
## 8 Hours



Date: **May 3/7, 2005**

Signed: *James D. Torrez*

Instructor James D. Torrez

**Tactical Skills Institute**
P.O. Box 933
Frederick, Colorado 80530

# Certificate of Completion

This Certificate is Hereby Awarded to
**Ryan Medhurst**

For Successful Completion of a Course in
**Intermediate Handgun Tactics**



Date:   05/28/05

Signed: *James D. Torrez*

Instructor James D. Torrez

Tactical Skills Institute
P.O. Box 933
Frederick, Colorado 80530



# Certificate of Completion

Is Hereby Awarded to

**RYAN MEDHURST**

For Successful Completion of a Course in

**TACTICAL HANDGUN**

**16 HOURS**



Date: <u>**OCTOBER 22/23, 2005**</u>

Signed: *James D. Torrez*

**Tactical Skills Institute**
**P.O. Box 933**
**Frederick, Colorado 80530**

Instructor James D. Torrez