Ryan Medhurst mitigation interview

**Dan Magro**

310 995-3939 , dan@radiodan.com

  Dan "Radio Dan" Magro knows Ryan as a personal friend, primarily through their shared interest in amateur/HAM radio. They've been friends for about 10 years and communicate often, via phone and text, on the radio and in-person – they see each other about 10 times a year. They have been to each other's homes and Ryan has met Mr. Magro's wife.

  Mr. Magro described Ryan as a very passionate guy with lots of hobbies and interests. He loves computers, firearm sports, HAM radio and public service. He volunteers for a local search-and-rescue type group, helping people after car accidents as part of an emergency help crew in Longmont, an activity he seems to really enjoy and does often. He is a skilled tech guy and has a brain.

  According to Mr. Magro, Ryan is very helpful. Anytime he asks for help with computer-related questions, Ryan will come over as soon as he can, or provide assistance over the phone. Ryan is interested in helping people and is an all-around good guy. Mr. Magro has heard Ryan on the radio helping people with their questions. He enjoys having him as a friend and tech advisor.

  Mr. Magro described Ryan as honest and absolutely trustworthy. Those qualities – and being "a pretty square guy" – are mandatory for both Ryan's job at CSU and his interest in firearms. Ryan is intelligent, skilled, learned and passionate.

*Prepared by investigator Kelsey Ray*

EXHIBIT D

Ryan Medhurst mitigation interview

**Dani Aalders**

720 883-8535

      Dani Aalders met Ryan through an ex-boyfriend of hers who was involved in the Longmont Emergency Unit, an organization for which Ryan also volunteers. Ms. Aalders ended up joining the unit and became close to Ryan. They have now been friends about three years.

      Ryan volunteers for LEU a lot. The majority of the group's calls are for things like car accidents, and volunteers go to the scene to assist police and firefighters. Ryan is the main person who's always on the calls, doing the runs, performing check-ups on equipment and taking the vehicles for maintenance.

      Ms. Aalders described Ryan as very honest – even too honest. He's trustworthy, smart and funny. He wants to help whoever he loves, and is more interested in what's best for his friends than having them always be happy with him. When Ms. Aalder was going through a difficult time, Ryan had to do things to keep her from doing something stupid, which pissed her off at the time but was ultimately very helpful.

      Ryan is passionate about his interests, like his truck, tea and gunwork. He loves to go shooting and taught Ms. Aalder how to shoot a gun. His favorite thing is gun safety, and he's really good with it. He'll be the first to point out if you're handling a gun wrong.

      According to Ms. Aalders, Ryan loves law enforcement and has a great deal of respect for the law and those who work to uphold it. Volunteering for LEU means working alongside law enforcement personnel often. Ms. Aalders tried for a long time to become a police officer, and Ryan was one of the main people to help her during that process.

      Ms. Aalders is aware of the allegations against Ryan. She thinks Ryan is a good guy, harmless and didn't do anything wrong – certainly not intentionally. In her opinion, Ryan was trying to help Matt Marre and to be a good friend, but was never trying to do anything against the law. In his job alone, he simply cannot break the law. Ms Aalders doesn't think Ryan would have put his life on the line like that, or let Mr. Marre put his life on the line, if he'd known.

*Prepared by investigator Kelsey Ray*

Ryan Medhurst mitigation interview

**Jim Fringer**

720 308-4176

Jim Fringer, who worked as a police officer for 37 years and currently volunteers with the Longmont Emergency Unit, met Ryan at the LEU just under two years ago. As a volunteer, Ryan was good, honest and dependable. He likes Ryan a lot and considers him a friend.

Mr. Fringer doesn't really know Ryan outside of the unit, but as far as his work with the unit, Ryan was honest and trustworthy. He did his job well and went above and beyond the expectations. Mr. Fringer never worried about his behavior. He was always appropriate, respectful towards and cooperative with law enforcement. Mr. Fringer believes Ryan had respect for the law and law enforcement.

Mr. Fringer is aware of the allegations against Ryan because Ryan told him about them. He believes Ryan was honest with him.

Mr. Fringer thinks that Ryan sometimes had some difficulties with social interactions. He believes Ryan can be overly trusting. As an example, after being suspended due to the allegations, Ryan wasn't supposed to come around the unit. But one night, some of the on-duty members asked him to dinner at the unit and then asked him to come along on a call. Ryan joined the members on the call, even though he wasn't supposed to, because he'd been told it was okay.

If Ryan is acquitted of all charges, the LEU will make a joint decision about whether or not to allow him to return. Personally, Mr. Fringer would like him too.

*Prepared by investigator Kelsey Ray*

Ryan Medhurst mitigation interview

**Reed Nelson**

720 818-6275

      Reed Nelson knows Ryan from his work volunteering for the Longmont Emergency Unit. Ryan helped Mr. Nelson train and helped him get up to speed on a lot of the things he needed to know. They volunteered together for about a year and a half to two years.

      LEU is a search and rescue group that works hand in hand with law enforcement. As part of their work, they use sirens, lights and radios. While Mr. Baker was a trainee under Ryan, Ryan was very adamant about the proper use of all of those tools and never took advantage of them.

      The Longmont Emergency Unit keeps track of volunteer hours and Ryan was consistently in the top 5 of all volunteers, which means he was volunteering for several hundred hours each year. Even in 2019, after having to leave the organization halfway through the year due to the allegations against him, Ryan was still in the top 40%, above some still-active members.

      Mr. Nelson described Ryan as honest and trustworthy. He's fastidious and detail-oriented. He was proud of the people who served under him and took pride in what he taught them. In Mr. Nelson's knowledge, Ryan had pure and good intentions; his goal was to serve the greater good of the unit and Boulder County.

      Ryan is definitely too trusting. He wants to give everyone a chance. Mr. Nelson kept Ryan at a bit of an arm's length due to his association with Matt Marre. Mr. Nelson couldn't get a good read on Mr. Marre and had some concerns about him, but he never had that feeling about Ryan. He thinks Ryan was pretty innocent, and may have just gotten himself caught up in something he didn't fully understand.

      Ryan was a huge part of the LEU, and it's currently struggling in his absence. Mr. Nelson would appreciate having him back.

*Prepared by investigator Kelsey Ray*

Ryan Medhurst mitigation interview

**Todd Baker**

970 308-7353

    Todd Baker met Ryan through the Longmont Emergency Unit, where he and Ryan both volunteer. Mr. Baker is a lieutenant with the organization. They met in January 2018 and developed a friendship.

    Ryan spends a significant amount of time volunteering for the unit, going above and beyond what most people do. The minimum requirement is 20 hours per week, and Ryan easily triples that, if not more. He gives back to the community not only by participating on emergency calls, but doing standby events and just hanging out with the other volunteers. Mr. Baker enjoys his company.

    If you need anything, Ryan is always the first person to be there. If you have a question about radio, something Ryan is passionate and knowledgeable about, he is more than willing to help and share information. He's a good conversationalist and a good person.

    Ryan is honest and trustworthy. He has never broken Mr. Baker's trust. He has never broken the law before, to Mr. Baker's knowledge, and has a high regard for law enforcement. Much of the work with the Longmont Emergency Unit involves working with and helping law enforcement, and Mr. Baker is former law enforcement himself.

    Mr. Baker thinks that while Ryan is very technologically intelligent, he sometimes struggles with social intelligence. He can sometimes be gullible in a sense, and can end up in situations where he's just trying to be helpful. He is very friendly, but can be a little awkward in public social situations.

    If Ryan considers someone a friend, he puts a lot of heartfelt trust into that person and trusts that they aren't going to put him in any kind of bad position. He is very trusting to people he knows. Regarding the allegations against Ryan, Mr. Baker thinks that Ryan was probably just being very friendly and trusted that Matt Marre was giving him accurate information.

    Ryan is always very well-intentioned. If he can help you, he's going to try to help you, especially if you're a friend in need. He takes friendship very seriously. He would absolutely never intentionally violate the law.

    Mr. Baker is more than willing to get on the stand and help Ryan in any way he can.

*Prepared by investigator Kelsey Ray*

Ryan Medhurst mitigation interview

**Trista Grimm**

720 520-5517

Trista Grimm has known Ryan since July 2017. They originally met online and dated for about nine months, before realizing they made better sense as friends. They have been close friends ever since.

Ryan is always there for Ms. Grimm whenever she needs anything. He is probably the only friend she's ever completely trusted. He's never lied to her, and she trusts him implicitly. They are really good friends. Ryan is honest, caring and helpful.

Ms. Grimm was completely shocked when she heard about the allegations against Ryan. Knowing him as well as she does, she doesn't believe he would have ever knowingly done anything illegal. Ryan's honesty and respect for law enforcement are part of what initially drew her to him. Ms. Grimm is a victim advocate for the Adams County Sheriff's Office, and Ryan has multiple family members in the fire department and law enforcement, so they have that shared common ground. Ryan has a lot of respect for the law.

Ms. Grimm doesn't think that Ryan knew what Matt Marre was doing, or the extent to which he was doing it. She thinks that Mr. Marre kind of used Ryan in his goodness. She thinks that Ryan tends to trust people more than he should and give people too many second chances. Ryan let Mr. Marre stay with him after Mr. Marre's first felony and really helped him out a great deal. She thinks that Mr. Marre is kind of a user and took advantage of Ryan.

She's not completely sure, because Ryan doesn't like to talk about it, but Ms. Grimm thinks that Ryan may have had incidents in his past where he trusted people too much up front and then got burned in the end. Ryan's mom told Ms. Grimm that Ryan was on the spectrum for Asperger's, but Ryan denies it. Still, Ryan doesn't always have the greatest social skills and doesn't always pick up on social cues.

Ms. Grimm thinks that what Ryan is going through is awful. She doesn't think Ryan has it in him to hurt anybody, or to do any of the stupid things Mr. Marre has done. She is happy to help in whatever way she can.

*Prepared by investigator Kelsey Ray*