**American Red Cross**

San Diego/Imperial Counties Chapter
3650 Fifth Avenue
San Diego, California 92103-4273
(619) 291-2620

March 25, 1993

Ryan E. Medhurst
5384 El Noche
San Diego, CA. 92124

Dear Ryan:

As we catch our breath, after many long weeks of disaster operations, we would like to take this opportunity to express our gratitude for your support to DR#024, Southern California Floods.

You are well aware of the long hours that were spent providing assistance to the families who suffered during the recent storms. Your participation supported the operation of three mass care facilities where 689 people were sheltered from the storms. A total of 6,159 meals were served to disaster victims and emergency workers. A total of 118 cases were opened, providing assistance to over 400 individuals. To date, we have committed over 68,000 just on our local portion of this operation. Additionally, when President Clinton declared our county a federal disaster area, the operation expanded with referrals and Red Cross liaisons staffing Disaster Application Centers.

Your efforts did not go unnoticed. The San Diego Fire Department, Police Department, Life Guard, and Sheriff all expressed their gratitude for your combined efforts. Mayor Susan Golding and Governor Pete Wilson held public recognition ceremonies to express their personal appreciation. The letter sent by Governor Wilson reads as follows:

> On behalf of the citizens of the State of California, it is my distinct pleasure to commend your heroism and courage during the recent storms that brought devastating floods to San Diego county and many other regions throughout the state.
>
> All California benefit from the brave endeavors of the men and women who strive to make a difference in the lives of others, especially in times of crisis. You represent the commitment of these special citizens, having demonstrated exceptional dedication in the performance of your duties.
>
> You serve as a shining example to the citizens of your community and the people of the Golden state. You have my thanks and very best wishes for the future.
>
> Sincerely,
> Pete Wilson,
> Governor of California

Our efforts were not limited to the floods in the United States. The San Diego/Imperial Counties Chapter was selected as the liaison for the International

**EXHIBIT E**

Relief effort for the flooding in Mexico. Our international effort provided relief in the form of food, water, medical supplies, rescue equipment, cots and blankets, for the more than 5,000 victims in Tijuana. Our efforts to the Mexican Red Cross (Cruz Roja Mexicana) did not go unnoticed. On February 22, Dr. Fernando Uribe, President of the Mexican Red Cross personally presented our chapter with numerous commendations and acknowledgements.

The storms of 1993 will not soon be forgotten, nor will your support of these very diverse and unusual operations. In closing, we again would like to thank you for your dedication to the efforts of the American Red Cross and your personal participation in Disaster Services. Your selfless contributions assisting others as a part of the Red Cross team is truly inspiring.

Sincerely,

Judy M. Stowe
Assistant Director,
Logistics

Francine Nunez
Assistant Director,
Planning

Karen G. Haney
Assistant Director,
Operations

Gregory R. Smith
Operations Director