LONGMONT EMERGENCY UNIT
EST. 1957
SEARCH RESCUE
Volunteer of the Year Award
Awarded To The
Longmont Emergency Unit
Volunteer That Has Gone
Above And Beyond
Your Many Contributions And
Dedication Is Very Much
Appreciated
Ryan Medhurst
Year 2018

EXHIBIT
F















