

EXHIBIT G