## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No 19-cr-00140-RBJ-02

UNITED STATES OF AMERICA

    Plaintiff,

v.

2.    RYAN MEDHURST,

    Defendant.

---

## MOTION TO DISMISS SUPERSEDING INDICTMENT AS TO DEFENDANT MEDHURST ONLY WITHOUT PREJUDICE

---

COMES NOW, the United States of America, by and through Assistant United States Attorney Greg Holloway, files this motion to dismiss the Superseding Indictment as it relates to Defendant Medhurst without prejudice.   In support of the instant request, the government states as follows:

The defendant has entered into an agreement with the government for a resolution of the case; and, as part of the agreement the government has agreed to dismiss the Superseding Indictment as it relates to Defendant Medhurst only in this matter without prejudice.

//

//

WHEREFORE, the government respectfully requests the Court to grant the instant request and dismiss the Superseding Indictment as to Defendant Medhurst without prejudice.

        Respectfully submitted
        JASON R. DUNN
        United States Attorney

        *s/ Greg Holloway*
        By: GREG HOLLOWAY, WSBA #28743
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Facsimile: 303-454-0403
        Email: Gregory.Holloway@usdoj.gov
        Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2020, I electronically filed the foregoing **MOTION TO DISMISS SUPERSEDING INDICTMENT AS TO DEFENDANT MEDHURST WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Brian Leedy**
    Email: leedy@ridleylaw.com


*S/ Maureen Carle*
MAUREEN CARLE
Legal Assistant
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: Maureen.Carle@usdoj.gov