IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Civil Action: | 19-cr-00140-RBJ | Date: | May 11, 2020 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Sarah Mitchell |
| Interpreter: | N/A | Probation: | Meaghan Mills via video |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | Gregory Holloway |
| **Plaintiff** | |
| v. | |
| 2. RYAN MEDHURST | Brian Leedy |
| **Defendant** | |

**COURTROOM MINUTES**

**CHANGE OF PLEA HEARING/IMMEDIATE SENTENCING**

Court in session: 9:04 a.m.

Appearances of counsel via video conference.

Defendant is present on bond via video conference.

The Plea Agreement (Court Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court Exhibit 2) previously tendered to the Court.

Defendant is sworn.

Defendant's right to trial by jury and other constitutional rights explained.

Factual basis for the plea stated.

Defendant advised of maximum penalties, sentencing guidelines and limited appeal rights.

Defendant enters plea of guilty to Count 1 of the Information pursuant to the plea agreement.

The Court finds that the defendant has knowingly, intelligently, and voluntarily entered a plea of guilty.

**ORDERED**: **The plea of guilty to Count 1 of the Infromation entered by the defendant is accepted, the defendant is found guilty of the crime charged in Count 1 of the Information.**

The Court proceeds to immediate sentencing.

Argument given on sentencing.

**ORDERED:** Defendant shall serve a term of **Probation for 5 years** as to Count One of the Information, terms and conditions as outlined on the record including **$25.00** to **Crime Victim Fund** (Special Assessment fee), to be paid immediately.

Defendant is advised of his right to appeal.

Court in Recess:  9:24 a.m.          Hearing concluded.          Total time in Court:  00:20