

# 3.1.2

- FFL Search
- FFL Download

## Federal Firearms License Results

**You Entered FFL Number: 5-84-XXX-XX-XX-08620**

If you are certain you entered the correct license number, there is a strong possibility that the FFL you are attempting to verify is invalid and/or this may be an attempt at a fraudulent transaction.

**You should not complete the transaction without first contacting ATF at 1-877-560-2435 for assistance.**

If you only have general questions concerning this web site, or the information displayed above, please contact ATF using the Problem Report link provided at the end of this page.

**Select Problem Report to Report errors to ATF.**



If you have difficulty accessing any information in the site due to a disability, please contact us via email (webmaster@atf.gov) and we will do our best to make the information available to you.

This site is best viewed at 1024 x 768 screen resolution or higher using Internet Explorer 5.5 or higher.

ATTENTION: Users may experience compatibility problems when attempting to view PDF files using Internet Explorer browser version 5 and above and Adobe Acrobat Reader 4.0. If problems occur, consider the following options: Right-click on PDF link and save to local drive; Use an earlier version of Adobe Acrobat Reader; Use an earlier version of Internet Explorer; or convert PDF to text using ATF's PDF Conversion Engine.

WARNING! This computer system is the property of the United States Department of Justice. The Department may monitor any activity on the system and search and retrieve any information stored within the system. By accessing and using this computer, you are consenting to such monitoring and information retrieval for law enforcement and other purposes. Users should have no expectation of privacy as to any communication on or information stored within the system, including information stored on the network and stored locally on the hard drive or other media in use with this unit (e.g., floppy drives, CD-ROMS, etc.).

EXHIBIT
A