# UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO
### PROBATION OFFICE

**LAVETRA A. MORGAN**
**Chief U.S. Probation Officer**

Byron G. Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101
Phone: (303) 844-5424

212 North Wahsatch Avenue, Suite 300
Colorado Springs, CO 80903-3476
Phone: (719) 471-3387



August 11, 2020

**ELIZABETH MILLER**
**Deputy Chief U.S. Probation Officer**

400 Rood Avenue, Room 309
Grand Junction, CO 81501-2520
Phone: (970) 245-5396

La Plata County Courthouse
1060 E. 2nd Avenue, Suite 130
Durango, CO 81301
Phone: (970) 385-1934

RESPOND TO:   Denver

Ryan Medhurst
2700 Stanford Road#20
Fort Collins, Colorado 80525

## NOTICE OF OFFICER CHANGE

Dear Mr. Medhurst:

Effective immediately, your case has been transferred to the Low Risk Supervision caseload supervised by U.S. Probation Officer Assistant Melissa Batalla. The instructions and expectations of your previous officer, and all the terms and conditions of your supervision term still apply.

Please note that one of the requirements while on the low-risk caseload is to provide a **monthly supervision report on time every month**. The appropriate time to submit a report for the prior month is by the 5th day of the following month. If you haven't been required in the past, I would ask that you please submit your first report as soon as possible using our Electronic Reporting System (ERS).  Please email me for instructions on how to set up an account if you don't already have one. Additionally, I have attached the monthly report form if online reporting is not an option that works for you.

If you have any questions or need any assistance with the electronic reporting system, please let me know.  Please email me (contact information below) to acknowledge receipt of this letter.

Sincerely,

Melissa Batalla
U.S. Probation Officer Assistant
1929 Stout Street, Ste. C-120
Denver, CO 80294
Office: 303-335-2414
Fax: 303-844-5439
Email: Melissa_Batalla@cod.uscourts.gov

EXHIBIT B