Thursday, December 2, 2021 at 07:59:21 Mountain Standard Time

**Subject:** RE: Ryan Medhurst
**Date:** Thursday, December 2, 2021 at 7:49:20 AM Mountain Standard Time
**From:** Melissa Batalla
**To:** Brian Leedy
**Attachments:** image001.png

Good morning Mr. Leedy,

Supervised release commenced on May 11, 2020. He has completed nearly 1 year and 7 months of his term. Mr. Medhurst has been highly compliant and successful on supervision, and was transferred to Low Risk Supervision on July 30, 2020. His supervision strengths include stable employment, great communication with myself and his previous officer, and stable housing. He does not face any current obstacles that may affect his future supervision success. His presentence report can be found in CMECF. Based on the details provided, I am in support of his early termination.

Thank you,

**Melissa Batalla**
U.S. Probation Officer Assistant
District of Colorado
1929 Stout Street, Suite C120
Denver, CO 80294
Office: 303-335-2414
Fax: 303-844-5439

**From:** Brian Leedy <leedy@ridleylaw.com>
**Sent:** Wednesday, December 01, 2021 11:50 AM
**To:** Melissa Batalla <Melissa_Batalla@cod.uscourts.gov>
**Subject:** Ryan Medhurst

**CAUTION - EXTERNAL:**

Hello Ms. Batalla,

I'm Mr. Medhurst's attorney and I understand you are his supervising officer. He has been on misdemeanor probation since May of 2020, and I plan on filing a motion for early termination of his supervision. Are you able to provide me with information regarding his compliance and your position on the request for early termination.

Thank you in advance for any information you can provide. Please let me know if you have any questions.

**RIDLEY McGREEVY & WINOCUR** PC.

**Brian R. Leedy**
303 16th Street, Suite 200
Denver, Colorado 80202
Tel. 303.629.9700
Fax 303.629.9702
leedy@ridleylaw.com

EXHIBIT C

Page 1 of 2