## STIPULATION FOR PROBATION OF EMT CERTIFICATION

The parties to this Stipulation ("Stipulation") are the Colorado Department of Public Health and Environment ("Department"), Health Facilities and Emergency Medical Services Division ("Division"), and Ryan Medhurst ("Medhurst"). The parties hereby stipulate as follows:

WHEREAS, Medhurst is currently certified by the Department as an Emergency Medical Technician ("EMT") in the State of Colorado, certification number Q172547, with an expiration date of December 15, 2020; and

WHEREAS, the Department has received information which it believes to be grounds for the denial, revocation, suspension, or limitation of such certification; and

WHEREAS, the parties desire to resolve issues raised by such information without the necessity of formal administrative proceedings; and

WHEREAS, the Department believes that the best interests of the State of Colorado and the public interest will be protected by entering into this Stipulation, and by Medhurst accepting the terms of a probationary status on his EMT certification, subject to the conditions enumerated herein;

NOW, THEREFORE, the parties stipulate and agree:

1. The Department has jurisdiction over the certification and the subject matter of this Stipulation.

2. Medhurst admits as follows:

    a. On or about May 11, 2020, in the *United States of America v. Ryan Medhurst*, US District Court Case Number 1:19-cr-00140-RBJ-2, Medhurst pled guilty to one count of false entry, failure to make appropriate entry, or failure to properly maintain records by a licensed firearms dealer, in violation of 18 U.S.C. Section 922(m).
    b. On or about June 2, 2020, Medhurst received an amended judgment sentencing him to five (5) years of probation and conditions including, but not limited to, participation in a mental health treatment program and relinquishment of any and all licenses as a federal firearms dealer.
    c. The Department's regulation at 6 CCR 1015-3, Chapter One, Section 6.2.28, provides that committing or permitting, aiding or abetting the commission of an unlawful act that substantially relates to the performance of a certificate holder's duties and responsibilities as determined by the Department constitutes good cause for the imposition of disciplinary sanctions.
    d. The Department's regulation at 6 CCR 1015-3, Chapter One, Section 7.3, regarding Emergency Medical Services ("EMS") Provider Certification, states, "Good cause for disciplinary sanctions also includes conviction of,

1

EXHIBIT

D

      or a plea of guilty, or of no contest, to a felony or misdemeanor that relates to the duties and responsibilities of a certificate or registration holder, including patient care and public safety."

   e. The Department's regulation at 6 CCR 1015-3, Chapter One, Section 7.3.2, regarding Emergency Medical Services ("EMS") Provider Certification, provides that the Department may consider offenses tried outside of State Courts including pleas or criminal convictions from other state, federal, foreign or military jurisdictions.

   f. The circumstances described in preceding subsections (a) through (b) meet the scope and definition of subsections (c) through (e).

3. Medhurst voluntarily accepts that his Colorado EMT certification is placed on probation for the remainder of his certification cycle expiring on December 15, 2020, and the probationary period will extend through the entirety of Medhurst's next three year certification term, if he elects to renew or reinstate his Colorado EMS certification.

4. During this probationary period, Medhurst agrees to the following:

   a. Inform any EMS Agency Director and Medical Director for which Medhurst works or volunteers of the existence of this Stipulation, and request that they contact the Department for verification;
   b. Inform the Division of any change in work or volunteer status within 72 hours of the change;
   c. Inform the Division within 72 hours if Medhurst becomes aware that he is being investigated by any law enforcement agency for any criminal activity occurring after the effective date of this Stipulation;
   d. Inform the Division within 72 hours if Medhurst is charged with any felonies or misdemeanors occurring after the effective date of this Stipulation, excluding minor traffic infractions; and
   e. Inform the Division within 72 hours if Medhurst engages in any conduct that could give rise to disciplinary sanctions for good cause, as enumerated in 6 C.C.R. 1015-3.

5. Any correspondence referenced in this Stipulation shall be directed to:

   > Colorado Department of Public Health and Environment
   > c/o EMTS Branch Chief
   > 4300 Cherry Creek Drive South
   > Denver, CO  80246-1530

6. During the probationary period, should Medhurst fail to provide the required notification, violate the terms of this Stipulation, or engage in any activity which could give rise to disciplinary action, the Department may take all appropriate disciplinary action against Medhurst, up to and including suspension and revocation of Medhurst's EMT certification.

7. In the event Medhurst's five (5) year probationary sentence for Case Number 1:19-cr-00140-RBJ-2 terminates early, the Department will consider a written request for an early termination of Medhurst's EMS certification probationary period.

8. This Stipulation is entered into by Medhurst voluntarily and without coercion, after the opportunity to consult with counsel, and with full understanding of the legal consequences of this Stipulation. Medhurst expressly acknowledges that by executing and entering into this Stipulation, he waives his right to an administrative hearing under Section 24-4-104, C.R.S., related to the terms of the Stipulation and the probationary status of his EMT certification, as agreed to herein.

9. This Stipulation shall not be construed in any manner to vest Medhurst with any rights to subsequent certification or any other rights or interest whatsoever, except as may otherwise be provided under Colorado law.

10. Nothing in this Stipulation is intended, or shall be construed, to limit the Department's right or obligation to exercise the authority granted to it under the law with respect to the certification of any EMS Provider.

11. Medhurst understands and agrees that upon a valid request pursuant to the applicable public disclosure laws, including, but not limited to, the provisions of Section 24-72-201, *et seq.,* C.R.S., the Department is obligated to provide the requesting person a copy of this Stipulation.

12. As required under sections 1921 and 1128E of the Social Security Act, this Stipulation (and any subsequent actions, including successful completion of the probationary period, as applicable) shall be reported to the Healthcare Integrity and Protection Data Bank and/or National Practitioner Data Bank.

13. This Stipulation may be executed in counterparts, each of which shall be considered an original.

14. This Stipulation is effective on the date of signature of the last signatory to the Stipulation.

| | |
|---|---|
| RYAN MEDHURST | COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT |

*Ryan Medhurst*

_____

Ryan Medhurst
2700 Stanford #20
Fort Collins, CO  80525

_____

D. Randy Kuykendall
Division Director
Health Facilities and Emergency Medical Services Division
4300 Cherry Creek Drive South
Denver, CO 80246-1530

Dated: __12/02/2020_____

Dated: _____

4