My name is Armando Trujillo and I am writing this letter on behalf of my friend and former colleague, Ryan Medhurst.

I have known Ryan for a little more over a decade and have worked alongside him when he was a volunteer with the Longmont Emergency Unit. Ryan was a key member in our unit. His knowledge of IT services/support and extensive knowledge on medical topics(he is EMT certified, state and national registry) greatly helped the unit as we had limited members with his knowledge and training.

During his time with the unit, Ryan was actively involved helping the unit cover medical standbys for events we had during the summer and fall months, he was always participating in Duty Crews (shift where we go in-service for the city of Longmont and assist with police, fire, and EMS calls) on Friday evenings and Saturdays.  Ryan is a "yes man" and helped out a lot.

When news broke out that Ryan was involved in a criminal investigation and that he had to resign from the unit (due to Unit regulations), it left a hole in our organization and he is greatly missed; Ryan has made a positive lasting impression on the members. After following the case and learning that ultimately he was charged with a misdemeanor crime for "18 U.S.C. § 922(m) False Entry, Failure to Make Appropriate Entry, or Failure to Properly Maintain Records by a Licensed Dealer", its has been determined that Ryan is still eligible to return to the unit and become an active member ONLY if he comes off probation.

It would be awesome to have Ryan return back to Longmont Emergency Unit. I know, after keeping in touch with him, that Ryan has worked hard to maintain his current EMT certificate and has also volunteered to be the medical standby person  for several marathons recently in Larimer County.

Ryan continues to prove how selfless he is and how much of a joy he is to be around.  His character exemplifies the core values of our volunteer rescue unit: Desire to serve, Ability to perform, Courage to act.

I thank you for your time in reading this letter. If I can be of help in any way, please contact me via phone or email.


Respectfully,


Armando C. Trujillo
970-232-5919
armando.trujillo@leu-rescue.org

EXHIBIT E