# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00140-RBJ-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    RYAN MEDHURST,

    Defendant.

---

## GOVERNMENT RESPONSE TO DEFENDANT MEDHURST'S MOTION FOR EARLY TERMINATION OF PROBATION [DOC. # 91]

---

The United States of America, by and through Greg Holloway, Assistant United States Attorney, files this Response to Defendant Medhurst's Motion for Early Termination of Probation [Doc. # 91] and states as follows:

The government believes that the defendant's motion for early termination is premature. While the government understands that probation supports the defendant's request, the defendant has been on probation for only 18 months of a 60 month probationary sentence. That is less than a third of the sentence imposed by the Court.

In reviewing the defendant's case, the government agreed to a misdemeanor plea with a lengthy probationary sentence to address concerns about the criminal conduct at issue in this case. Even though Defendant Medhurst has been compliant, and the

government recognizes his compliance, his continued probation and resultant prohibition from possessing firearms for the entire term is an important factor underlying the government's recommendation.  The government is concerned with Defendant Medhurst having facilitated Co-defendant Marre's access to firearms and impersonation of a law enforcement officer.  While there may be a more appropriate time in the future to evaluate whether or not to continue the defendant on probation, the government believes the request after a mere 18 months is premature.

    Accordingly, given the facts of the underlying case and the original sentence imposed, the defendant's instant motion should be denied.


        COLE FINNEGAN
        United States Attorney

By:     s/ Greg Holloway
        Greg Holloway, WSBA #28743
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Facsimile: (303) 454-0403
        E-mail: gregory.holloway@usdoj.gov
        Attorney for Government

## CERTIFICATE OF SERVICE

   I hereby certify that on this 13th day of December, 2021, I electronically filed the foregoing **GOVERNMENT RESPONSE TO DEFENDANT MEDHURST'S MOTION FOR EARLY TERMINATION OF PROBATION [DOC. # 91]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Brian R. Leedy**
  Email: leedy@ridleylaw.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand deliver, etc.) indicated by the non-participant's name:

             s/Maureen Carle
             Maureen Carle
             Legal Assistant
             United States Attorney's Office
             1225 Seventeenth Street, Suite 700
             Denver, Colorado 80202
             Phone: 303-454-0100
             Fax: 303-454-0404
             E-mail: Maureen.Carle@usdoj.gov