IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:  19-cr-00140-RBJ | Date: February 28, 2022 |
| Courtroom Deputy:  Emily Buchanan | Court Reporter:  Sarah Mitchell |
| Interpreter:  N/A | Probation: Marcee Fox & Melissa Batalla |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Gregory Holloway via video conference* |
| v. | |
| 2. RYAN MEDHURST<br>**Defendant** | *Brian Leedy* |

### COURTROOM MINUTES

**MOTION HEARING**

Court in session:  9:51 a.m.

Appearances of counsel.

Defendant is present.

Argument given on [91] Motion for Early Termination of Probation.

**ORDERED**:  **[91] Motion for Early Termination of Probation is GRANTED. Supervision is terminated.**

Court in Recess:  10:07 a.m.        Hearing concluded.        Total time in Court:  00:16